# United States District Court
## Central District of California

FILED
CLERK, U.S. DISTRICT COURT
AUG 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Tom Garner,

        Plaintiff,

v.

Riverside County,

        Defendant.

ED 18-cv-00509-VAP (JPRx)

# Order Dismissing Plaintiff's Complaint

On June 26, 2018, the Court issued an Order to Show Cause ordering Plaintiff either to file an Amended Complaint or to show cause why this action should not be dismissed. (Doc. No. 8.) Plaintiff failed to file an Amended Complaint or otherwise respond to the Order to Show Cause.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated:   8/16/18

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge